# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 26, 2019

### NO. 03-18-00123-CV

**Houston Independent School District, Appellant**

**v.**

**Texas Workforce Commission, Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
AFFIRMED ON REHEARING -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on November 28, 2017. The Court's opinion and judgment dated April 25, 2019, are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.